AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Mark Anthony CIRILO<br>Ashley Nicole YUILL<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  C-17-384M |

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 13 2017

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  __04/12/2017__  in the county of  __Nueces__  in the  __Southern__  District of  __Texas__  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Any person who attempts or conspires to commit any offense defined in this subchapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Larry C. White
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  __04/13/2017__

_____
*Judge's signature*

City and state:  __Corpus Christi, Texas__

Jason B. Libby
*Printed name and title*

On Wednesday April 12, 2017 at the execution of a State search and seizure warrant at a location in Corpus Christi, Texas, Mark Anthony CIRILO and Ashley Nicole YUILL were located inside of the residence. Law Enforcement database checks confirm that both subjects reside at this location. They were detained and the search yielded approximately 825 grams of methamphetamine, a handgun, and a very small quantity of heroin. The methamphetamine field tested positive for the presence of methamphetamine.

Post Miranda statements were made voluntarily by both CIRILO and YUILL. Both subjects separately admitted that they knew that methamphetamine was inside of the residence and that it was hidden in the water heater closet of the apartment and that it was being held at that location for another individual. They also admitted that they lived and received mail at the residence.